

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
:
IN RE WORLD TRADE CENTER DISASTER   : **ORDER TO SHOW CAUSE WHY**
LITIGATION                          : **CASES SHOULD NOT BE**
                                    : **DISMISSED AND/OR CLOSED**
                                    :
                                    : 21 MC 100 (AKH)
                                    :
                                    : THIS ORDER PERTAINS TO ALL
                                    : PLAINTIFFS AND DOCKET
                                    : NUMBERS SET FORTH IN
                                    : APPENDIX A
------------------------------------------------------------ x
ALVIN K. HELLERSTEIN, U.S.D.J.:

   The cases identified in the attached Appendix A are among the last remaining actions in the 21 MC 100 mass litigation. Plaintiffs' actions were filed or removed to this Court between November 2002 and September 2010. The most recent activity in any of the cases listed was in December 2011. Some of the cases listed are open, and some are closed as to many or most Defendants but remain open as to certain Defendants. To the extent that prior docket numbers, not included in Appendix A, were assigned to any of the Plaintiffs listed therein, this Order to Show Cause is intended to cover any and all docket numbers ever linked to the named-Plaintiffs' actions.

   A district court may dismiss an action sua sponte for failure to prosecute. LeSane v. Hall's Sec. Analyst Inc., 239 F.3d 206, 209 (2d Cir. 2001); see Fed. R. Civ. P. 41(b). Although dismissal is "a harsh remedy to be utilized only in extreme situations," United States ex rel. Drake v. Norden Sys., Inc., 375 F.3d 248, 254 (2d Cir. 2004) (quoting Minnette v. Time Warner, 997 F.2d 1023, 1027 (2d Cir. 1993)) (internal quotation marks omitted), "the authority to invoke it for failure to prosecute is vital to the efficient administration of judicial affairs and provides meaningful access for other prospective litigants to overcrowded courts." Lyell Theatre Corp. v. Loews Corp., 682 F.2d 37, 42 (2d Cir. 1982).

In light of the absence of recent activity, it is hereby ordered that Plaintiffs in the cases identified in Appendix A shall show cause by June 1, 2013, why their cases against all remaining Defendants should not be dismissed for failure to prosecute or because the cases have been settled. If Plaintiffs do not show good cause by June 1, 2013, the affected cases shall be dismissed, and the files closed as to all remaining Defendants in the docket numbers listed and any and all related docket numbers.

SO ORDERED.

Dated:   April 30, 2013
         New York, New York

ALVIN K. HELLERSTEIN
United States District Judge

## Appendix A

| Docket Number | Plaintiffs (Last, First) |
|---|---|
| 07 Civ. 7393 | Amato, Jeffrey |
| 05 Civ. 311 | Arcese, Patrick |
| 08 Civ. 3494 | Cevallos, Ernesto |
| 05 Civ. 2651 | Chambers, Michael |
| 08 Civ. 1991 | Cotroneo, Joseph |
| 04 Civ. 9245 | Doherty, Thomas |
| 08 Civ. 6725 | Eduardo, Joseph |
| 05 Civ. 212 | Esposito, Robert |
| 06 Civ. 12063 | Fitzpatrick, Kevin |
| 04 Civ. 4984 | Ford, Lawrence |
| 08 Civ. 1884 | Gajewski, Mark |
| 05 Civ. 211 | Galanek, Edward |
| 05 Civ. 6773 | Gleason, Todd |
| 04 Civ. 5175 | Goffredo, Frank |
| 10 Civ. 554 | Golba, Fred |
| 03 Civ. 3040 | Hartey, Teresa |
| 09 Civ. 3187 | Isabella, Salvatore |
| 06 Civ. 7314 | Luffman, Christopher |
| 10 Civ. 6843 | Madden, Clive |
| 06 Civ. 7473 | Marino, Frank |
| 02 Civ. 9127 | McGillick, Jon J. |
| 07 Civ. 4384 | McGowan, Eugene J. |
| 05 Civ. 210 | Melendez, James |
| 05 Civ. 7168 | Murphy, Robert |
| 10 Civ. 1110 | Pearce, Albert |
| 07 Civ. 5652 | Pellechia, Robert |
| 10 Civ. 553 | Peluso, John |
| 05 Civ. 224 | Provisero, Samuel |
| 05 Civ. 4112 | Quevedo, John |
| 05 Civ. 1440 | Rivera, Hector |
| 10 Civ. 6806 | Stewart, Kevin |
| 08 Civ. 7101 | Zane, Robert |